Order Filed on May 28, 2015
by Clerk
U.S. Bankruptcy
Court District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Andy Winchell
45 River Road, Suite 3
Summit, New Jersey 07901
Telephone No. (973) 457-4710
andy@winchlaw.com
By: Andy Winchell [AW-6590]
Attorney for the Debtor

In Re:

Beverly Rachel Porway

Case No.: 10-25494 (NLW)
Chapter: 13

Hearing: May 28, 2015 12:00 p.m.

## ORDER AUTHORIZING SALE OF PROPERTY

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: May 28, 2015**

Honorable Novalyn L. Winfield
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Beverly Rachel Porway |
| Case No.: | 10-25494 (RG) |
| Caption of Order: | **ORDER AUTHORIZING SALE OF PROPERTY** |

**THIS MATTER** having been opened to the Court by the Law Offices of Andy Winchell, P.C., attorney for the Debtor, on the Debtor's Motion to Sell Property Pursuant To Section 363(b) of the Bankruptcy Code filed on April 23, 2015 (the "Sale Motion"), pursuant to which the Debtor seeks to sell her interest in property commonly known as 11 Sherry Court, Wayne, New Jersey 07470 (the "Property"); and having considered the Trustee's Objection to Debtor(s) Motion to Sell Property (the "Objection") filed by office of Marie-Ann Greenberg, the standing chapter 13 trustee; and having reviewed the Attorney Certification in Support of Motion to Sell Property and the documents attached thereto; and it appeared that notice and service of the Sale Motion were proper; and for good cause shown; it is

**ORDERED** that the Debtor may sell her interest in the Property free and clear of all liens, claims, and interests in accordance with the Sale Motion. `All liens, encumbrances and claims to attach to proceeds of sale in order of priority.`

_____

Hon. Novalyn Winfield